Submitted January 24; in Case No. 16CR65757, portion of judgment requiring defendant to pay $100 bench probation fee vacated, remanded for resentencing, otherwise affirmed; in Case Nos. 19CR10134 and 19CR48307, affirmed March 23, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TODD EDWARD DICKINSON,
*Defendant-Appellant.*

Linn County Circuit Court
19CR10134, 16CR65757, 19CR48307;
A172391 (Control), A172392,
A173526, A173652

507 P3d 346

David E. Delsman, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Joel C. Duran, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Aoyagi, Judge, and Sercombe, Senior Judge.

PER CURIAM

In Case No. 16CR65757, portion of judgment requiring defendant to pay $100 bench probation fee vacated; remanded for resentencing; otherwise affirmed. In Case Nos. 19CR10134 and 19CR48307, affirmed.

**PER CURIAM**

In this consolidated appeal of three cases, defendant raises five assignments of error. We reject all of the assignments without discussion, except the fifth assignment of error, in which defendant contends that the trial court erred by imposing a $100 bench probation fee outside of defendant's presence, in Case No. 16CR65757. The state concedes the error. We agree and accept the state's concession. *State v. Baccaro*, 300 Or App 131, 137, 452 P3d 1022 (2019). Accordingly, in Case No. 16CR65757, we vacate the portion of the judgment requiring defendant to pay a $100 bench probation fee and remand for resentencing. We affirm the other two cases.

In Case No. 16CR65757, portion of judgment requiring defendant to pay $100 bench probation fee vacated; remanded for resentencing; otherwise affirmed. In Case Nos. 19CR10134 and 19CR48307, affirmed.